# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

Andrew T. Smith,
[You are the PLAINTIFF, print your full name on this line.]

v.

Elkhart County Corrections,
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

-FILED-
AUG 18 2023
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

3:23-cv-774

Case Number _____
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Elkhart County Corrections ~~Captain Lassey~~ Jeff Siegel | 26861 C.R. 26 Elkhart, IN 46517 |
| 2 | [Put the names of any other defendants in these boxes.] Tina Kiem/Pro Se | ↑ |
| 3 | Sergeant Barbara Fitzgerald | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? 3?

2. What is the name and address of your prison or jail? Elkhart County Corrections Complex 26861 CR 26 Elkhart, IN 46517

3. Did the event you are suing about happen there? ☒ Yes.  ○ No, it happened at: _____

4. On what date did this event occur? January, May/June 2023, ongoing

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I don't know exactly who is at fault, but I'm gonna say Jeff Siegel, head of Elkhart County Corrections, Sheriff. 1st amendment is violated by all of my mail coming back to me opened, not in front of me. Also mail taking 16, 18, 21 days from post mark date to recieve, whereas some only take 8 days. I have written 1st shift, 2nd shift and grievances as well, all get rejected or ignored and I'm called a liar. This is not an isolated incident. I have others in here who have also written to the proper people and followed steps. They will not give me copies of anything I ask for either. My event is from April/May and ongoing. The damages are it hinders me and others from our rights as citizens and to be able to do/file things in a timely manner.

2. 8th amendment violation by putting me and others in danger by not removing problem inmates when we have written to classification, 1st shift, 3rd shift, said something to rovers, sergeants in charge. Sergeant

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Claims and Facts (continued)

Barbara Fitzgerald would be the head of this issue that is not resolved and always ongoing. Fitzgerald puts us (inmates) in a position of unnecessary undue conflict and tension, as well as a deliberate indifference by making us police ourselves and not giving us cleaning supplies. Situations are from end of may - beginning of June, to now August for cleaning supplies. As well as not answering the call box within a sufficient amount of time. Cruel and unusual punishment by making us police ourselves or else we ALL get punished because of 1 or 2 inmates. Barbara Fitzgerald could also be to blame for the issue in paragraph 1 as well.

3. 14th amendment rights to due process are violated ALOT! I was written up in January for smoking paper and razor blades that weren't mine. The write up was supposedly dismissed due to procedural error but is still in my file. This was in my progress report that was sent to the judge on a modification that was denied due to the progress report. I feel the duration/placement was effected because of this. Tina Kiem is the name signed on my progress report. She has written me on the kiosk and told me it is a factual statement of an incident that occured, but I never got the chance to fight it or have a "hearing". I have also written multiple times to Tina Kiem about recieving legal

(seperate page)

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Claims and facts continued:

7. paperwork and forms. I have requests over a month old, as well as asking for my prisoner fund account statement. Because of this has also hindered me from filing anything in a timely manner, in my rights to due process.

8. If I win the case (continued) I would like to see them retrained also as part of reprimand. I was accepted to work release. I think it would be better for me to be transfered to there because I feel there is gonna be animocity against me and/or some kind of retaliation/retribution towards me.

Andrew Smyth

Pro Se 14 (INND Rev. 2/20)
page 4

5. When did this event happen?
- ◯ Before I was confined.
- ◯ While I was confined awaiting trial.
- ◯ After I was convicted while confined serving the sentence.
- ☒ Other: _Both while awaiting sentencing and after I was convicted while confined._

6. Have you ever sued anyone for this exact same event?
- ☒ No.
- ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
- ◯ No, this event is not grievable at this prison or jail.
- ☒ Yes, I filed a grievance and attached is a copy of the response from the final step.
- ◯ Yes, this event was grievable, but I did not file a grievance because _They will not give me copies of anything._

8. If you win this case, what do you want the court to order the defendant(s) to do?
[NOTE: A case filed on this form will not overturn your conviction or change your release date.]

_To run the jail properly, by people who know how and care about their job, weekly updates or something to that effect. Shouldn't have to be done like that, but shouldn't have to be filing this suit either if they were doing their job properly or following the law. Tina Kiem and Barbara Fitzgerald need reprimanded, possibly demoted, suspended without pay. I've seen staff fired for less._ (separate page)

[Initial Each Statement]
- ATS I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
- ATS I will keep a copy of this complaint for my records.
- ATS I will promptly notify the court of any change of address.
- ATS I WILL NOT send more than one copy of any filing to the court.
- ATS I WILL NOT send summons, USM-285, or waiver forms to the clerk.
- ATS I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on ____/____/20____ at _____ am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_[signature]_                                       119413
Signature                                           Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]