UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ANDREW T. SMITH,<br>    Plaintiff, | )<br>)<br>) |
| v. | )   CAUSE NO.: 3:23-CV-774-JVB-JEM |
| ELKHART COUNTY CORRECTIONS, *et al.*,<br>    Defendants. | )<br>)<br>) |

## ORDER

Andrew T. Smith was a prisoner when he filed this case. When he was released, he was notified that he needed to resolve his filing fee status. (ECF 20). Smith was granted until March 12, 2024, and cautioned that, if he did not respond, this case would be dismissed without further notice for non-payment of the filing fee. *Id*. That deadline has passed, but Smith has not responded. It appears that he has abandoned this lawsuit.

For these reasons, this case is **DISMISSED WITHOUT PREJUDICE**.

SO ORDERED on March 26, 2024.

                                                s/ Joseph S. Van Bokkelen
                                                JOSEPH S. VAN BOKKELEN, JUDGE
                                                UNITED STATES DISTRICT COURT