AO 450 (Rev. 01/09)    Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ANDREW T SMITH
    Plaintiff

v.                                        Civil Action No.   3:23cv774

ELKHART COUNTY CORRECTIONS,
JEFF SIEGEL
*TERMINATED 9/8/2023,*
TINA KIEM
*pro se,*
BARBARA FITZGERALD
*Sergeant,*
MARTINEZ
*Lieutenant*
    Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____ .

☒ Other:   This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Joseph S. Van Bokkelen.

DATE:   3/27/2024　　　　　　　　CHANDA J. BERTA, CLERK OF COURT
　　　　　　　　　　　　　　　　　by   s/R. Figueroa
　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*